UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN D. BELAND et al., | No. 2:17-cv-00652-KJM-DB |
| Plaintiffs, | |
| v. | ORDER |
| EXPEDIA, INC. | |
| Defendant. | |

This matter was originally filed in El Dorado County Superior Court on March 7, 2016. ECF No. 1. On March 28, 2017, defendant removed the case to this court. *Id.*

On April 11, 2017 the parties filed a stipulation to remand this case to in El Dorado County Superior Court. ECF No. 6. After reviewing the parties' stipulation and finding good cause, the court APPROVES said stipulation and remands this case to the El Dorado County Superior Court. After remanding this action, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: April 17, 2017

_____
UNITED STATES DISTRICT JUDGE

1